364 P.2d 145

James A. RABURN, Petitioner,

v.

**FIRST JUDICIAL DISTRICT COURT,
SANTA FE COUNTY, New
Mexico, Respondent.**

No. 7024.

Supreme Court of New Mexico.

Aug. 21, 1961.

COMPTON, Chief Justice, and CARMODY, SHAVEZ, MOISE and NOBLE, Justices, concurring.

Ordered that petitioner be and he is hereby allowed free process in this Court.

Further ordered that petition for writ of mandamus herein be and the same is hereby denied for the reason that the records of the District Court of the First Judicial District within and for Santa Fe County show that petition for writ of mandamus filed therein by petitioner was dismissed upon motion of petitioner's attorney.

364 P.2d 145

Jack P. McCRAW, Petitioner,

v.

**Harold A. COX, Warden, State
Penitentiary, Respondent.**

No. 6613.

Supreme Court of New Mexico.

Aug. 25, 1961.

COMPTON, Chief Justice, and CARMODY, MOISE, CHAVEZ and NOBLE, Justices, concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied for the reason that the petitioner has not exhausted his remedy in the District Court.